# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE A. SOLANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CACH, LLC; DEBORAH HARVEGO; GLORIA ZARCO; JONATHAN E. AYERS; NEUHEISEL LAW FIRM, P.C., and DOES 1-50 inclusive,<br><br>　　　　Defendants. | CASE NO. 13-cv-00865 JM (PCL)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Dkt. No. 29] |

On December 5, 2013, the parties filed a joint motion to dismiss. Dkt. No. 29. In accordance with their request, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 6, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　United States District Judge